UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| WALPOLE WOODWORKERS, INC., | : | |
| | : | |
| Plaintiff, | : | CIVIL ACTION |
| | : | NO. 3:02 CV581 (JBA) |
| v. | : | |
| | : | |
| ATLAS HOLDINGS LLC, ATLAS | : | |
| OUTDOOR, LLC, ATLAS FENCING, | : | |
| INCORPORATED, ATLAS RECREATIONAL, | : | |
| LLC, and MICHAEL C. PICARD, | : | |
| | : | |
| Defendants. | : | APRIL 14, 2004 |

NOTICE OF MANUAL FILING

Please take notice that plaintiff Walpole Woodworkers, Inc. has manually filed the following:

(1) Affidavit of Non-Payment by James E. Loer, Jr. and accompanying Exhibits A, B and C;

(2) Affidavit of Roland H. Schwillinski and accompanying Exhibits A, B and C; and

(3) Writ of Attachment

These documents have not been filed electronically because

[X]  the document or thing cannot be converted to an electronic format
[ ]  the electronic file size of the document exceeds 1.5 megabytes
[ ]  the document or thing is filed under seal pursuant to Local Rule of Civil Procedure 5(d) or Local Rule of Criminal Procedure 57(b)
[ ]  Plaintiff/Defendant is excused from filing this document or thing by Court order.

These documents have been manually served on all parties.

-2-

PLAINTIFF - WALPOLE WOODWORKERS, INC.


By  /s/ Seth M. Wilson
   Everett E. Newton - ct02508
   Seth M. Wilson - ct22171

Murtha Cullina LLP
CityPlace I - 185 Asylum Street
Hartford, Connecticut  06103-3469
Telephone:  (860) 240-6065
Facsimile:  (860-240-6150
Email:  enewton@murthalaw.com
       swilson@murthalaw.com

Brenda R. Sharton - ct23697
Roland Schwillinski - ct23696
Sean Paul Cronin - ct23698
GOODWIN PROCTER LLP
Exchange Place
Boston, Massachusetts  02109
Telephone:  (617) 570-1000
Facsimile:  (617) 523-1231
Email:  bsharton@goodwinprocter.com
       rschwillinski@goodwinprocter.com
       scronin@goodwinprocter.com
Its Attorneys

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing Notice of Filing was served in hand this 14th day of April, 2004 on the following:

Robert L. Berchem, Esq.
Richard J. Buturla, Esq.
Bryan L. Leclerc, Esq.
Berchem Moses & Devlin, P.C.
75 Broad Street
Milford, Connecticut  06460

Mr. Michael Picard
30 Northeast Industrial Road
Branford, Connecticut  06405

Atlas Holdings, LLC
Atlas Outdoor, LLC
Atlas Fencing, Incorporated
Atlas Recreational, LLC
30 Northeast Industrial Road
Branford, Connecticut  06405

/s/ Seth M. Wilson
Seth M. Wilson