UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

WALPOLE WOODWORKERS            :

v.                             :    NO. 3:02cv581 (JBA)

ATLAS HOLDINGS, LLC., ET AL    :

FILED
Apr 27 9:57 AM '04
U.S. DISTRICT COURT
NEW HAVEN, CONN.

### REFERRAL TO MAGISTRATE JUDGE

This case is referred to Magistrate Judge <u>JOAN G. MARGOLIS</u>, for the following purpose(s):

- Settlement Conference:
  *(Orefmisc.cnf)*

- Supervising discovery and resolving discovery disputes:
  *(Orefmisc.dscv)*

✔ - Ruling On: **Motion to Enforce Consent Judgement [doc. #60]**
  *(Orefm.)*

- Referred for hearing:
  *(Orefcs.)*

IT IS SO ORDERED.

Janet Bond Arterton
United States District Judge

Dated at New Haven, Connecticut: <u>April 22, 2004</u>