### UNITED STATES DISTRICT COURT
### DISTRICT OF CONNECTICUT

```
*********************************************
WALPOLE WOODWORKERS, INC.,      :
                                :
        Plaintiff,               :     CIVIL ACTION
                                :     NO. 302 CV 581 JBA
v.                              :
                                :
ATLAS FENCING, INCORPORATED     :
and ATLAS OUTDOOR, LLC,         :     APRIL 28, 2004
                                :
        Defendants.              :
*********************************************
```

## DEFENDANT'S MOTION FOR ENLARGEMENT OF TIME

Pursuant to Federal Rule of Civil Procedure 6(b), the Defendants in the above entitled action hereby respectfully requests an enlargement of time of twenty (20) days, up to and including May 26, 2004 in which to file a response to Plaintiff's Motion to Enforce Consent Judgment.

The extension of time is needed to permit the Defendants to obtain successor counsel to Attorneys Robert L. Berchem, Richard J. Buturla, Warren L. Holcomb and Bryan LeClerc, all of whom intend to file a Motion to Withdraw as Counsel upon appearance of successor counsel. This is the first request for an enlargement of time.

The Plaintiffs' counsel has attempted to contact counsel for the Plaintiff, but has been unable to ascertain their position regarding this motion.

ARGUMENT NOT REQUESTED

WHEREFORE, the Defendant respectfully requests the Court grant an enlargement of time up to and including May 26, 2004, to respond to the Plaintiff's Motion to Enforce Consent Judgment.

        Respectfully submitted
        Defendant Atlas Fencing, Inc., et al


        _____/s/_____
        Richard J. Buturla, Esq.
        Berchem, Moses & Devlin, P.C.
        75 Broad Street
        Milford, CT  06460
        (203) 783-1200
        rbuturla@bmdlaw.com
        Federal I.D. #ct05967

## CERTIFICATION

This is to certify that the foregoing MOTION FOR ENLARGEMENT OF TIME has been mailed this date via U.S. Mail, Postage prepaid, to the following counsel of record:

Brenda R. Sharton
Roland Schwillinski
Sean P. Cronin
Goodwin Procter
Exchange Place
Boston, MA 02109

Everett E. Newton
Seth M. Wilson
Murtha Cullina LLP
Cityplace I, 185 Asylum St.
Hartford, CT 06103-3469


        _____/s/_____
        Richard J. Buturla, Esq.
        Commissioner of the Superior Court