**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

```
*********************************************
WALPOLE WOODWORKERS, INC.,       :
                                  :
        Plaintiff,                :   CIVIL ACTION
                                  :   NO. 302 CV 581 JBA
v.                                :
                                  :
ATLAS FENCING, INCORPORATED       :
and ATLAS OUTDOOR, LLC,           :
                                  :
        Defendants.               :   May 3, 2004
*********************************************
```

**MOTION TO WITHDRAW APPEARANCE**

By this motion, Richard J. Buturla, Robert L. Berchem, Warren L. Holcomb and Bryan LeClerc (the Attorneys) hereby move to withdraw as counsel for the defendants and thereby represent as follows:

1.    The Attorneys appeared for the defendant in connection with the defense of this matter up to and including the entry of a consent judgment against the defendant. The scope of the Attorneys representation did not include post judgment enforcement matters.

2.    Attorney Jeffrey Hellman, of the firm of Zeisler and Zeisler has filed an Appearance on behalf of the defendants.

3.    Pursuant to Local Rule 7(e), with the appearance of successor counsel the undersigned respectfully requests that this motion be granted.

WHEREFORE, the movants respectfully request that the court grant this motion.

THE MOVANTS

BY_____/s/_____
Richard J. Buturla
Robert L. Berchem
Warren L. Holcomb
Bryan LeClerc
Federal Bar #ct05967
BERCHEM, MOSES & DEVLIN, PC
75 Broad Street
Milford, CT  06460
Tel:  203-783-1200
Fax:  203-878-4912
E-mail:  rbuturla@bmdlaw.com

## **CERTIFICATION**

This is to certify that the foregoing has been mailed this date via U.S. Mail, Postage prepaid, to the following counsel of record:

Brenda R. Sharton
Roland Schwillinski
Sean P. Cronin
Goodwin Procter
Exchange Place
Boston, MA 02109

Everett E. Newton
Seth M. Wilson
Murtha Cullina LLP
Cityplace I, 185 Asylum St.
Hartford, CT 06103-3469

Jeffrey Hellman, Esq.
Zeisler & Zeisler
558 Clinton Avenue
Bridgeport, CT 06606-0186


_____/s/_____
Richard J. Buturla, Esq.