UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| WALPOLE WOODWORKERS, INC. | : |
| Plaintiff, | : CIVIL ACTION NO.:<br>3:02CV00581 (JBA) |
| V. | : |
| ATLAS FENCING, INCORPORATED and<br>ATLAS OUTDOOR, LLC, | : |
| | : APRIL 30, 2004 |
| Defendants, | |

## APPEARANCE

TO THE CLERK OF THE COURT:

Please enter the appearance of JEFFREY HELLMAN of ZEISLER & ZEISLER, P.C., 558 CLINTON AVENUE, BRIDGEPORT, CONNECTICUT 06605, (203)368-4234 as attorney for the Defendants, Atlas Fencing, Incorporated and Atlas Outdoor, LLC, Atlas Holdings, LLC, Atlas Recreational, LLC and Michael Picard in the above-captioned matter.

                        ATLAS FENCING, INCORPORATED;
                        ATLAS OUTDOOR, LLC; ATLAS HOLDINGS,
                        LLC; ATLAS RECREATIONAL, LLC;
                        MICHAEL C. PICARD

BY _/s/ Jeffrey Hellman_____
      JEFFREY HELLMAN (ct04102)
      Zeisler & Zeisler, P.C.
      558 Clinton Avenue
      Bridgeport, CT 06605
      (203) 368-4234

CERTIFICATION OF SERVICE

This is to certify that a copy of the foregoing was mailed via first class mail this 30th day of April 2004 to:

Sean P. Cronin, Esq.;
Roland Schwillinski, Esq.;
Brenda R. Sharton, Esq.
Goodwin Proctor
Exchange Place
Boston, MA 02109

Everett E. Newton, Esq.;
Seth M. Wilson, Esq.
Murtha Cullina, LLP
Cityplace I, 185 Asylum Street
Hartford, CT 06103-3469

Warren L. Holcomb, Esq.;
Richard J. Buturla, Esq.;
Robert L. Berchem, Esq.;
Bryan L. LeClerc, Esq.
Berchem, Moses & Devlin, P.C.
75 Broad Street
Milford, CT 06460

JEFFREY HELLMAN

Walpole Appearance