UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

****************************************************

WALPOLE WOODWORKERS, INC.,

    Plaintiff,

v.

ATLAS FENCING, INCORPORATED
and ATLAS OUTDOOR, LLC,

    Defendants.

CIVIL ACTION
NO. 302 CV 581 JBA

APRIL 28, 2004

****************************************************

## DEFENDANT'S MOTION FOR ENLARGEMENT OF TIME

Pursuant to Federal Rule of Civil Procedure 6(b), the Defendants in the above entitled action hereby respectfully requests an enlargement of time of twenty (20) days, up to and including May 26, 2004 in which to file a response to Plaintiff's Motion to Enforce Consent Judgment.

The extension of time is needed to permit the Defendants to obtain successor counsel to Attorneys Robert L. Berchem, Richard J. Buturla, Warren L. Holcomb and Bryan LeClerc, all of whom intend to file a Motion to Withdraw as Counsel upon appearance of successor counsel. This is the first request for an enlargement of time.

The Plaintiffs' counsel has attempted to contact counsel for the Plaintiff, but has been unable to ascertain their position regarding this motion.

ARGUMENT NOT REQUESTED