

FILED
May 4 2 05 PM '04

# UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

*************************************************
WALPOLE WOODWORKERS, INC.,

      Plaintiff,             :       CIVIL ACTION
                                   :       NO. 302 CV 581 JBA

v.

ATLAS FENCING, INCORPORATED
and ATLAS OUTDOOR, LLC,

      Defendants.       :       May 3, 2004
*************************************************

## MOTION TO WITHDRAW APPEARANCE

By this motion, Richard J. Buturla, Robert L. Berchem, Warren L. Holcomb and Bryan LeClerc (the Attorneys) hereby move to withdraw as counsel for the defendants and thereby represent as follows:

1.     The Attorneys appeared for the defendant in connection with the defense of this matter up to and including the entry of a consent judgment against the defendant. The scope of the Attorneys representation did not include post judgment enforcement matters.

2.     Attorney Jeffrey Hellman, of the firm of Zeisler and Zeisler has filed an Appearance on behalf of the defendants.

3.     Pursuant to Local Rule 7(e), with the appearance of successor counsel the undersigned respectfully requests that this motion be granted.