UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

Telephone Discovery Conference Calendar

Honorable Joan G. Margolis, U. S. Magistrate Judge
141 Church Street
New Haven
Telephone (203) 773-2350

May 19, 2004

11:30 A.M.

*Held 11:35 - 11:53 (18 min.)*

CASE NO. **3:02CV581** (JBA) **Walpole Woodworkers v. Atlas Fencing Inc.**

---

| | |
|---|---|
| Sean P. Cronin<br>Goodwin Procter<br>Exchange Place<br>Boston, MA 02109 | Walpole Woodworkers Inc. |
| Jeffrey R. Hellman<br>Zeisler & Zeisler, P.C.<br>558 Clinton Ave., Po Box 3186<br>Bridgeport, CT 06605-0186<br>203-368-4234<br>203-367-9678 (fax)<br>jhellman@zeislaw.com | Atlas Fencing Inc.<br>Atlas Holdings LLC<br>Atlas Outdoor LLC<br>Atlas Recreational LLC |
| Everett E. Newton<br>Murtha Cullina LLP<br>Cityplace I, 185 Asylum St.<br>Hartford, CT 06103-3469<br>860-240-6000<br>860-240-6150 (fax)<br>enewton@murthalaw.com | Walpole Woodworkers Inc. |
| Roland Schwillinski<br>Goodwin Procter<br>Exchange Place<br>Boston, MA 02109 | Walpole Woodworkers Inc. |
| Brenda R. Sharton<br>Goodwin Procter<br>Exchange Place<br>Boston, MA 02109 | Walpole Woodworkers Inc. |

Seth M. Wilson
Murtha Cullina LLP
Cityplace I, 185 Asylum St.
Hartford, CT 06103-3469
860-240-6000

Walpole Woodworkers Inc.

BY ORDER OF THE COURT
KEVIN F. ROWE, CLERK

Seth M. Wilson
Murtha Cullina LLP
Cityplace I, 185 Asylum St.
Hartford, CT 06103-3469
860-240-6000

Walpole Woodworkers Inc.

BY ORDER OF THE COURT
KEVIN F. ROWE, CLERK