IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

-----------------------------------------------------------x
                                                           :
WALPOLE WOODWORKERS, INC.        :    3:02 CV 581 (JBA)
                                                           :
v.                                                         :
                                                           :
ATLAS HOLDINGS LLC ET AL.        :    DATE: MAY 19, 2004
                                                           :
-----------------------------------------------------------x

## MEMORANDUM OF STATUS CONFERENCE

Date of Conference:  May 19, 2004

Attorneys Present:   Roland Schwillinski, Esq.
                     Everett E. Newton, Esq.
                     (For Plaintiff)(by telephone)

                     Jeffrey R. Hellman, Esq.
                     (For Defendants)(by telephone)

                     George Royster, Esq.
                     (For Non-Party Master-Halco, Inc.)

### DISCUSSIONS

Defense counsel advised that the Atlas defendants have filed a Chapter 7 bankruptcy petition. All counsel agreed that the bankruptcy petition operates as an automatic stay as against the Atlas defendants, but wanted additional time to consider the effect of the bankruptcy as to defendant Picard. Discussion also was held regarding outstanding discovery from defendant Picard, in particular the transcript of Picard's deposition taken in <u>Master-Halco, Inc. v. Atlas Fence Co., Inc.</u>, 3:04 CV 130 (RNC), which is the subject of a Confidentiality Agreement.

Counsel agreed to the deadlines set forth below.

### ORDERS

1. By agreement of counsel, **on or before May 28, 2004**, plaintiff may file a Motion

to Compel regarding the Picard deposition transcript, either in this lawsuit or in the <u>Master-Halco</u> lawsuit.

    2. By further agreement of counsel, in light of the bankruptcy petition, defendants will file a brief in opposition to plaintiff's Emergency Motion to Enforce Consent Judgment, for a Finding of Contempt and For an Award of Attorney's Fees and Expenses, filed April 14, 2004 (Dkt. #60) **on or before June 4, 2004**, unless otherwise extended by the Court.

    3. The Magistrate Judge is available for such other conferences (which may be held telephonically) as may be necessary.

    Dated at New Haven, Connecticut, this 19th day of May, 2004.

                                                                            _____/s/_____
                                                                         Joan Glazer Margolis
                                                                         United States Magistrate Judge