UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| WALPOLE WOODWORKERS, INC. | : | |
| Plaintiff, | : | CIVIL ACTION NO.: 3:02CV00581 (JBA) |
| V. | : | |
| ATLAS HOLDINGS LLC, ATLAS OUTDOOR, LLC, ATLAS RECREATIONAL, LLC, and MICHAEL C. PICARD | : | MAY 21, 2004 |

### NOTICE OF BANKRUPTCY

The Defendants, Atlas Holdings, LLC and Atlas Outdoor, LLC, by and through their undersigned attorneys, would show the Court as follows:

1. That all of the above referenced Defendants' property is subject to the jurisdiction of the United States Bankruptcy Court for the District of Connecticut.

2. That on May 19, 2004, the above referenced Defendants filed a Chapter 7 petition in the United States Bankruptcy Court for the District of Connecticut.

3. That pursuant to Section 362 of the Bankruptcy Code, an automatic stay is in effect.

ATLAS HOLDINGS, LLC;
ATLAS OUTDOOR, LLC;
ATLAS FENCING, INCORPORATED

BY _____
JEFFREY HELLMAN (ct04102)

Zeisler & Zeisler, P.C.
558 Clinton Avenue
Bridgeport, CT 06605
(203) 368-4234

CERTIFICATION OF SERVICE

This is to certify that a copy of the foregoing was mailed via first class mail this 21st day of May, 2004 to:

Sean P. Cronin, Esq.;
Roland Schwillinski, Esq.;
Brenda R. Sharton, Esq.
Goodwin Proctor
Exchange Place
Boston, MA 02109

Everett E. Newton, Esq.;
Seth M. Wilson, Esq.
Murtha Cullina, LLP
Cityplace I, 185 Asylum Street
Hartford, CT 06103-3469

Warren L. Holcomb, Esq.;
Richard J. Buturla, Esq.;
Robert L. Berchem, Esq.;
Bryan L. LeClerc, Esq.
Berchem, Moses & Devlin, P.C.
75 Broad Street
Milford, CT 06460

JEFFREY HELLMAN

Notice of Bankr. Walpole