UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

WALPOLE WOODWORKERS, INC.,

    Plaintiff,

v.

ATLAS HOLDINGS LLC, ATLAS
OUTDOOR, LLC, ATLAS FENCING,
INCORPORATED, ATLAS RECREATIONAL,
LLC, and MICHAEL C. PICARD,

    Defendants.

CIVIL ACTION
NO. 3:02 CV581 (JBA)



APRIL 14, 2004

## WALPOLE WOODWORKERS, INC.'S EMERGENCY MOTION TO ENFORCE CONSENT JUDGMENT, FOR A FINDING OF CONTEMPT AND FOR AN AWARD OF ATTORNEYS' FEES AND EXPENSES

### PRELIMINARY STATEMENT

Plaintiff Walpole Woodworkers, Inc. ("Walpole") hereby moves for an order: (a) enforcing a December 16, 2002 Consent Judgment against defendants Michael Picard ("Picard") and Atlas Holdings, LLC, Atlas Outdoor, LLC, Atlas Fencing, Incorporated, and Atlas Recreational, LLC (collectively, "Atlas"), including the entry of a Writ of Attachment in the sum of $63,125; (b) finding defendants in contempt of the Consent Judgment; and (c) awarding Walpole its attorneys' fees including costs and expenses for having been required to seek the instant relief. Walpole brings this motion on an emergency basis because, absent immediate relief, Picard and Atlas may dissipate their assets or otherwise undertake conduct inconsistent with Walpole's right to an attachment of their real and personal property.

ORAL ARGUMENT REQUESTED