UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| WALPOLE WOODWORKERS, INC., | : | |
| | : | |
| Plaintiff, | : | CIVIL ACTION |
| | : | NO. 3:02 CV581 (JBA) |
| v. | : | |
| | : | |
| ATLAS HOLDINGS LLC, ATLAS OUTDOOR, LLC, ATLAS FENCING, INCORPORATED, ATLAS RECREATIONAL, LLC, and MICHAEL C. PICARD, | : | |
| | : | |
| Defendants. | : | MAY 27, 2004 |

## MOTION TO WITHDRAW

Plaintiff hereby moves to withdraw its pending Emergency Motion to Enforce Consent Judgment.

                                                             Respectfully submitted,

                                                             PLAINTIFF - WALPOLE WOODWORKERS, INC.


By    /s/ Seth M. Wilson
    Everett E. Newton - ct02508
    Seth M. Wilson - ct22171

Murtha Cullina LLP
CityPlace I - 185 Asylum Street
Hartford, Connecticut  06103-3469
Telephone:  (860) 240-6065
Facsimile:  (860-240-6150
Email:  enewton@murthalaw.com
        swilson@murthalaw.com

-2-

        Brenda R. Sharton - ct23697
        Roland Schwillinski - ct23696
        Sean Paul Cronin - ct23698
        GOODWIN PROCTER LLP
        Exchange Place
        Boston, Massachusetts 02109
        Telephone: (617) 570-1000
        Facsimile: (617) 523-1231
        Email: bsharton@goodwinprocter.com
               rschwillinski@goodwinprocter.com
               scronin@goodwinprocter.com
        Its Attorneys

CERTIFICATE OF SERVICE

      I hereby certify that a copy of the foregoing Motion to Withdraw was mailed first class, postage prepaid, this 27th day of May, 2004 to:

George Royster, Esq.
Halloran & Sage LLP
One Goodwin Square
225 Asylum Street
Hartford, Connecticut 06103

Jeffrey R. Hellman, Esq.
Zeisler & Zeisler, P.C.
558 Clinton Avenue
P.O. Box 3186
Bridgeport, Connecticut 06605-0186

                                            /s/ Seth M. Wilson
                                            Seth M. Wilson