IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

-----------------------------------------------------------x
: 
WALPOLE WOODWORKERS, INC.  :  3:02 CV 581 (JBA)
: 
v.  :
: 
ATLAS HOLDINGS LLC ET AL.  :  DATE: JUNE 3, 2004
: 
-----------------------------------------------------------x

### ENDORSEMENT ORDER

Plaintiff's Motion to Withdraw, filed May 27, 2004 (Dkt. #72) is <u>granted</u>.

Dated at New Haven, Connecticut, this 3rd day of June, 2004.


_____/s/_____
Joan Glazer Margolis
United States Magistrate Judge