UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

WALPOLE WOODWORKERS, INC.,          :
                                    :
            Plaintiff,              :        CIVIL ACTION
                                    :        NO. 3:02 CV581 (JBA)
v.                                  :
                                    :
ATLAS HOLDINGS LLC, ATLAS           :
OUTDOOR, LLC, ATLAS FENCING,        :
INCORPORATED, ATLAS RECREATIONAL,   :
LLC, and MICHAEL C. PICARD,         :
                                    :
            Defendants.             :        JUNE 18, 2004

WITHDRAWAL OF APPEARANCE

As the undersigned is joining a new firm, he hereby withdraws his appearance in the

above-captioned matter.

/s/ Seth M. Wilson
Seth M. Wilson - ct22171

Murtha Cullina LLP
CityPlace I - 185 Asylum Street
Hartford, Connecticut  06103-3469
Telephone:  (860) 240-6065
Facsimile:  (860-240-6150
Email:  swilson@murthalaw.com

CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing Withdrawal of Appearance was mailed first class, postage prepaid, this 18th day of June, 2004 to:

George Royster, Esq.
Halloran & Sage LLP
One Goodwin Square
225 Asylum Street
Hartford, Connecticut  06103

Jeffrey R. Hellman, Esq.
Zeisler & Zeisler, P.C.
558 Clinton Avenue
P.O. Box 3186
Bridgeport, Connecticut  06605-0186

/s/ Seth M. Wilson
Seth M. Wilson