**UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT**

| | |
|---|---|
| **WALPOLE WOODWORKERS** | : |
| **v.** | :  **NO. 3:02cv581 (JBA)** |
| **ATLAS FENCING** | : |

**ENDORSEMENT ORDER [DOC. #74]**

Motion to Withdraw Appearance [doc. #74] is GRANTED.  The Court notes the appearance on the record of Attorney Newton.

IT IS SO ORDERED.

_____

Janet Bond Arterton, U.S.D.J.

**Dated at New Haven, Connecticut:**   **June 28, 2004**